Gregg Lander, Esq. (#194018)
Vanessa M. Ruggles, Esq. (#254031)
Taylor B. Keaster, Esq. (#334715)
Emil Davtyan, Esq. (#299363)
D.LAW, INC.
1635 Pontius Avenue, Floor 2
Los Angeles, CA 90025-3361
Tel.: (424) 320-6420 / Fax: (424) 320-6454
Emails: Gregg@d.law, Vanessa@d.law, Taylor@d.law, Emil@d.law

Attorneys for Plaintiff TUISDI LAYNE McCLURE, on behalf of herself and all others similarly situated

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUISDI LAYNE McCLURE, on behalf of herself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GENESCO INC., a Tennessee corporation; and Does 1 to 10, inclusive,<br><br>  Defendants. | **CLASS ACTION**<br><br>Case No. 2:24-cv-11164-JFW-SSCx<br><br>**ORDER RE: STIPULATION TO REMAND CASE BACK TO LOS ANGELES COUNTY SUPERIOR COURT**<br><br>Honorable John F. Walter<br>Courtroom 7A<br><br>Action filed: November 6, 2024<br>Trial date: None Set |

## ORDER

Based on the Stipulation of the Parties, this matter is remanded back to Los Angeles County Superior Court, and all future federal court dates and deadlines are vacated.

Good cause having been shown, **IT IS SO ORDERED.**

Dated: __January 13, 2025_____

_____

*[signature]*
Honorable John F. Walter
Judge of the District Court